UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

IN RE:  GLENDA ROSS                                        CASE NO: 15-31650-DHW
        2177 MONA LISA DR
        MONTGOMERY, AL 36111

        Soc. Sec. No.  XXX-XX-0707
                Debtor.

## INCOME WITHHOLDING ORDER

TO:     AVIS RENT A CAR
        C/O PURCO FLEET SVC
        136 S. MAIN ST
        SPANISH FORK, UT 84660

The debtor subjected all of his income, including future earnings and wages to the jurisdiction of this Court by filing a case under Chapter 13 of the United States Bankruptcy Code. It is hereby

ORDERED that AVIS RENT A CAR withhold from the wages, earnings, or other income of this debtor the sum of **$100.00 BI-WEEKLY** and remit all such funds withheld to:

**CURTIS C REDING, CHAPTER 13 TRUSTEE**
**15-31650-DHW GLENDA ROSS**
**P O BOX 613108**
**MEMPHIS TN  38101-3108**

The wages, earnings or other income withheld in compliance with this Order should be remitted to the Trustee no less frequently than each month.

This Order continues in force and effect until further Order of this court.

Done Wednesday, July 22, 2015   .

cc: Debtor                              */ s / Dwight H. Williams Jr.*
    Debtor's Attorney                   _____
                                        Dwight H. Williams Jr.
                                        United States Bankruptcy Judge