## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF ALABAMA
## MONTGOMERY DIVISION

In re:
GLENDA ROSS                                             CASE NO. 15-31650

    Debtor                                              CHAPTER 13

## MOTION FOR RELIEF FROM STAY

    Comes now, American Honda Finance Corporation ("Honda Finance"), by and through counsel, pursuant to 11 U.S.C. §362, and Rule 6007(b) of the Federal Rules of Bankruptcy Procedure, and respectfully states as follows:

    1.    Honda Finance is a creditor of the Debtor(s) Glenda Ross, by virtue of that certain Retail Installment Contract ("Contract") dated January 12, 2013, arising out of the purchase of a 2011 Honda CBR motorcycle. Honda Finance holds a validly perfected, first priority security interest in the 2011 Honda CBR 1000rr as noted on the Certificate of Title issued by the State of Alabama.

    2.    Debtor, Glenda Ross filed this Chapter 13 bankruptcy case on June 19, 2015.

    3.    According to the Contract, the Debtor is in default in the approximate amount of $5,654.87. The current payoff is approximately $11,637.50

    5.    The Debtor surrendered the motorcycle back to Honda Finance on or about August 4, 2015.

    6.    Pursuant to 11 U.S.C. Section 362(d)(1) and Section 362(d)(2), sufficient cause exists for the lifting of the automatic stay as to Honda Finance, the collateral and the proceeds thereof. Said causes include, and are not limited to, the lack of adequate protection and the lack of equity in the property.

    WHEREFORE, the above premises considered, Honda Finance prays that:

1. Honda Finance be granted relief from the automatic stay provisions of 11 U.S.C. § 362 in order that it may proceed with the enforcement of its security interest in the collateral and proceed with any and all remedies available under state and/or federal law that are not inconsistent with Title 11 of the United States Code;

2. The provisions of Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure be waived; and

3. Honda Finance have such other and further relief to which it may be entitled.

Respectfully submitted,

/s/ Robert J. Fehse

_____
Robert J. Fehse (ASB-2524-E60F)
Attorney for American Honda Finance Corporation
EVANS PETREE PC
1000 Ridgeway Loop Rd, Suite 200
Memphis, TN 38120-4036
(901) 271-0722

## Certificate of Service

      I hereby certify that a copy of the foregoing was served upon debtor(s), counsel for the debtor(s), and the Trustee, via US Mail, postage prepaid, and/or electronic filing this the 7th day of August, 2015, to the addresses listed below:

Glenda Ross
Debtor
2177 Mona Lisa Drive
Montgomery, AL 36111

Richard D. Shinbaum
Counsel for Debtor
P.O. Box 201
Montgomery, AL 36101

Curtis C. Reding
Chapter 13 Trustee
PO Box 173
Montgomery, AL 36101

                                              /s/ Robert J. Fehse

                                              _____

                                              Robert J. Fehse