UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

IN RE: GLENDA ROSS
2177 MONA LISA DR
MONTGOMERY, AL 36111

CASE NO: 15-31650-DHW

Soc. Sec. No. XXX-XX-0707
Debtor.

**AMENDED
INCOME WITHHOLDING ORDER**

TO: AVIS RENT A CAR
C/O PURCO FLEET SVC
136 S. MAIN ST
SPANISH FORK, UT 84660

The debtor subjected all of his income, including future earnings and wages to the jurisdiction of this Court by filing a case under Chapter 13 of the United States Bankruptcy Code. It is hereby

ORDERED that AVIS RENT A CAR withhold from the wages, earnings, or other income of this debtor the sum of **$163.00 BI-WEEKLY** and remit all such funds withheld to:

**CURTIS C REDING, CHAPTER 13 TRUSTEE
15-31650-DHW GLENDA ROSS
P O BOX 613108
MEMPHIS TN 38101-3108**

The wages, earnings or other income withheld in compliance with this Order should be remitted to the Trustee no less frequently than each month.

This Order continues in force and effect until further Order of this court.

Done Wednesday, October 21, 2015 .

cc: Debtor
Debtor's Attorney

*/ s / Dwight H. Williams Jr.*
Dwight H. Williams Jr.
United States Bankruptcy Judge