# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF ALABAMA

IN RE:

GLENDA ROSS
SSAN:  XXX-XX-0707

Case No. 15-31650-WRS
Chapter 13

Debtor (s)

**PURSUANT TO LOCAL RULE 1017-1, THIS CASE MAY BE DISMISSED WITHOUT FURTHER NOTICE OR HEARING UNLESS A RESPONSE IS FILED BY A PARTY IN INTEREST WITHIN 21 DAYS OF THE DATE OF SERVICE. RESPONSES MUST BE SERVED UPON THE MOVING PARTY AND, IN THE MANNER DIRECTED BY LOCAL RULE 5005-1, FILED WITH THE CLERK ELECTRONICALLY OR BY U.S. MAIL ADDRESSED AS FOLLOWS: CLERK, U.S. BANKRUPTCY COURT, ONE CHURCH STREET, MONTGOMERY, AL 36104.**

This pleading is being filed and noticed pursuant to M.D. Ala., LBR 9007-1 procedures for the following: Dismissal LBR Rule 1017-1

## TRUSTEE'S MOTION TO DISMISS

COMES NOW, Sabrina L. McKinney, Chapter 13 Trustee for this district, and moves the Court to dismiss the above entitled case pursuant to 11 U.S.C., §1307  (and LBR 1017-1), in that the debtor's actions have caused unreasonable delay that is prejudicial to creditors.  As grounds for said motion, the Trustee states as follows:

The debtor filed a petition seeking relief under Chapter 13 of the United States Bankruptcy Code on June 19, 2015.

The debtor has failed to make payments to the Trustee pursuant to the terms of the debtor's Chapter 13 plan.

The debtor's payments to the Trustee are being paid as the following:

| DEBTOR NAME | AMOUNT | FREQUENCY | START DATE |
|---|---|---|---|
| GLENDA ROSS | 100.00 | BI-WEEKLY | 07/22/2015 |
| GLENDA ROSS | 109.00 | BI-WEEKLY | 09/15/2015 |
| GLENDA ROSS | 163.00 | BI-WEEKLY | 10/21/2015 |

The following is a list of all payments made to the Trustee within the last 180 days:

| | | | | | | |
|---|---|---|---|---|---|---|
| $200.00 | 08/14/2017 | 3520 | $300.00 | 09/20/2017 | 3541 | |
| $200.00 | 10/17/2017 | 3562 | $200.00 | 11/16/2017 | 3577 | |
| $200.00 | 12/14/2017 | 3595 | $100.00 | 01/12/2018 | 3613 | |

The overall pay record with the Trustee is 52.35% and the debtor's total plan delinquency is $5,007.00.

WHEREFORE, the above premises considered, the Trustee moves this Honorable Court for an Order dismissing the debtor's case and for any such other relief to which the Trustee may be entitled.

Respectfully submitted this, 1/25/2018.

Sabrina L. McKinney
Chapter 13 Standing Trustee

/s/ *Sabrina L. McKinney*

Sabrina L. McKinney
Chapter 13 Standing Trustee

Office of the Chapter 13 Trustee
P.O. Box 173
Montgomery, AL 36101-0173
Phone: (334)262-8371
Fax: (334)262-8599
email: 13Trustee@ch13mdal.com

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing Motion to Dismiss on the debtor's and the debtor's attorney, by placing them in the United States Mail, postage prepaid, and properly addressed, or by electronic mail.

Done, this January 25, 2018.

/s/ *Sabrina L. McKinney*

Sabrina L. McKinney
Chapter 13 Standing Trustee